IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01568-RPM

COLORADO CROSS-DISABILITY COALITION,
a Colorado non-profit corporation, and
DAISY MIDTHUM,

    Plaintiffs,

v.

WOMEN'S HEALTH CARE ASSOCIATES, P.C.,

    Defendant.

_____

## ORDER
_____

    Upon review of the status of this case, it is

    ORDERED that the defendant's motion to dismiss, filed August 24, 2010 [7], is rendered moot by the plaintiffs' amended complaint, filed August 30, 2010, and the plaintiffs' motion to amend the complaint is stricken since the amended complaint was permitted by Rule 15.

    DATED: September 17th, 2010

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Court